SANFORD JAY ROSEN – 062566
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
BENJAMIN BIEN-KAHN – 267933
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104

DANIEL MARSHALL – Fla. Bar No. 617210*
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Telephone: (561) 360-2523
 * Admitted Pro Hac Vice

Attorneys for HUMAN RIGHTS DEFENSE CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF PLACER; DEVON BELL, Sheriff, individually and in his official capacity; DARRELL STEINHAUER, Corrections Commander, individually and in his official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities, <br><br> Defendants. | Case No. 20-cv-00285-JAM-CKD <br><br> **STIPULATION AND ORDER DISMISSING CASE** <br><br> Judge:  Hon. John A. Mendez |

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, STIPULATE AS FOLLOWS:

1. The Parties have negotiated a settlement agreement, executed on April 21, 2020, resolving all claims asserted in the Complaint.  See **Exhibit A**.

1

2. The Parties agree that settlement has altered the legal and juridical relationship of the Parties.

3. Plaintiff has released Defendants for all claims pursuant to Paragraph 4 of the Settlement Agreement.

4. Because Defendants acted promptly to make changes to the incoming mail policies challenged by Plaintiff in this action, and worked cooperatively and in good faith to address Plaintiff's concerns regarding said policies, the Parties agree that the Court need not retain jurisdiction over this matter for the purpose of enforcement of the Settlement Agreement, and agreed to a discounted settlement amount of one hundred thousand dollars ($100,000.00) to compensate Plaintiff for its damages, attorney's fees, and costs.

5. The Parties respectfully request that the Court enter the [Proposed] Order set forth below, instructing the Clerk to administratively close the case.

IT IS SO STIPULATED.

DATED:  May 14, 2020            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By:  */s/ Jeffrey L. Bornstein*
     Jeffrey L. Bornstein

Attorneys for Plaintiff
HUMAN RIGHTS DEFENSE CENTER

DATED:  May 14, 2020            Respectfully submitted,

OFFICE OF THE PLACER COUNTY COUNSEL


By:  */s/ Julia M. Reeves*
     Julia M. Reeves
     Deputy County Counsel
Attorneys for Defendants
PLACER COUNTY, DEVON BELL, DARRELL STEINHAUER

**ORDER**

IT IS HEREBY ORDERED that:

The Parties, having reached a Settlement Agreement resolving the Plaintiff's claims, the Court orders the claims dismissed with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED

Dated: May 14, 2020

/s/ John A. Mendez
United States District Court Judge